**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN WAKEFIELD, as next friend for RICHARD I. FINE,<br><br>            Petitioner,<br><br>     v.<br><br>HONORABLE DAVID P. YAFFE, Judge, California Superior Court,<br><br>            Respondent. | No. CV 09-3315-JFW(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this petition is summarily dismissed for lack of jurisdiction.

DATED:  May 20, 2009

_____
JOHN F. WALTER
United States District Judge